# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.:_____   Case No.: CR-22-9-JD

Charging Document: **Information**_____   No. of Defendants: _1_   Total No. of Counts: _2_   Sealed: Y ☐

Forfeiture: Y ☑   OCDETF: Y ☐   McGirt: Y ☐   Warrant ☐   Summons ☐   Notice ☑   N ☑
        N ☐        N ☑        N ☑   Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**                                              By: **DR**

| Name: **JILL NICOLE FORD** | |
|---|---|
| Alias(es): | Address: |
|  | FBI No.: |
| DOB: 1991    SSN: XXX-XX-9806 | Race: White    Interpreter: Y ☐  N ☑ |
| Sex:  M ☐   F ☑   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**          **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| ☑ Not in Custody    ☐ Detention Requested | Complaint:    Y ☐    N ☑ |
|---|---|
| ☐ Type of Bond: Unsecured | Magistrate Judge Case No.: MJ- |
| ☐ In Custody at:_____ Inmate/Prisoner/Register No.:_____ | Previously Detained:   Y ☐    N ☑ |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name: J. Patrick Quillian | AUSA: Jessica L. Perry |
|---|---|---|
| ☐ CJA Panel | Address: 1900 NW Expy, Suite 602 Oklahoma City , OK 73118 | Agent /Agency:  SIGPR |
| ☑ Retained | Phone: (405) 896-9768 | Local Officer/Agency:_____ |

### CHARGING DETAILS

| **Count(s)** | **U.S.C. Citation(s)** | **Offense(s) Charged** | **Penalty** |
|---|---|---|---|
| 1 | 18 U.S.C. § 1344(2) | Bank Fraud | Not more than 30 years' imprisonment, not more than $1,000,000 fine, or both; Not more than 5 years' supervised release; $100 special assessment. |
| 2 | 18 U.S.C. § 1957(a) | Money Laundering | Not more than 10 years' imprisonment, not more than $250,000 fine, or both; Not more than 3 years' supervised release; $100 special assessment. |
| Forfeiture Allegations | 18 U.S.C. § 982(a)(1) 18 U.S.C. § 982(a)(2) 28 U.S.C. § 2461 | Criminal Forfeiture | |

Signature of AUSA: s/Jessica L. Perry          Date: 01/07/2022