# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  No. CR-22-9-JD |
| JILL NICOLE FORD, | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR AN ORDER OF FORFEITURE
## AND IMPOSITION OF FORFEITURE MONEY JUDGMENT

The United States of America respectfully moves the Court for an Order of Forfeiture and Imposition of Forfeiture Judgment. In support of its motion, the United States shows the Court as follows:

On January 20, 2022, the Defendant Jill Nicole Ford pled guilty to a two-count Information filed January 7, 2022. In relation to the counts, the United States gave notice in the Information that, in the event of conviction, she would be required to forfeit to the United States "any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense" and "any property, real or personal, involved in such offense, or any property traceable to such property." (Doc. 1 at 5)

In her Plea Agreement (Doc. 8 at 10), the defendant agreed to a personal forfeiture money judgment in the amount of $252,143.35 representing the amount of proceeds obtained as a result of the offenses.

The United States has not, as of this date, identified specific assets that were derived from the offenses for the defendant has been convicted. Nor has the United States yet identified any property of the defendant that could be forfeited as a substitute asset in accordance with 21 U.S.C. § 853(p).

Accordingly, the United States seeks the entry of an order of forfeiture consisting of a personal money judgment against the defendant, Jill Nicole Ford, in the amount of $252,143.35. Because the proposed order involves only a money judgment, rather than specific property, it should be a final order, with no need for adjudication of the rights of third parties.   Fed. R. Crim. P. 32.2(b)(4)(A).

The entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure.   Such orders of forfeiture are commonplace.   *See United States v. McGinty*, 610 F.3d 1242, 1246 (10th Cir. 2010) (stating that government is entitled to a money judgment against the defendant for the money he obtained from his criminal activity) (citing 18 U.S.C. § 982(a)(2)).

Once the order of forfeiture is entered, the United States may move at any time, pursuant to Rule 32.2(e)(1)(B), to amend the Order to forfeit specific property of the defendant, having a value up to the amount of the money judgment, as substitute assets. *See United States v. Candelaria-Silva*, 166 F.3d 19, 42 (1st Cir. 1999) (once the Government has obtained a money judgment, it may forfeit defendant's real property in partial satisfaction of that judgment); *see also United States v. Baker*, 227 F.3d 955, 968

(7th Cir. 2000) (same); *United States v. Numisgroup Int'l. Corp*, 169 F. Supp. 2d 133, 136-37 (E.D.N.Y. 2001) (holding that Rule 32.2(e) authorizes forfeiture of substitute assets to satisfy a money judgment, including a judgment based on the value of the missing proceeds).

The United States respectfully moves for entry of an order of forfeiture in the form of a personal money judgment against Jill Nicole Ford in the amount of $252,143.35.

        Respectfully submitted,

        ROBERT J. TROESTER
        United States Attorney

        s/*Jessica L. Perry*
        JESSICA L. PERRY
        Assistant U.S. Attorney
        210 Park Avenue, Suite 400
        Oklahoma City, Oklahoma 73102
        (405) 553-8743 (Office)
        (405) 553-8888 (Fax)
        jessica.perry@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I electronically filed the foregoing Motion for an Order of Forfeiture and Imposition of Forfeiture Money Judgment of the United States with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/*Jessica L. Perry*  
JESSICA L. PERRY  
Assistant U.S. Attorney