IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. CR-22-00009-JD |
| ) | |
| JILL NICOLE FORD, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**
**AND IMPOSITION OF FORFEITURE JUDGMENT**

On January 20, 2022, Defendant Jill Nicole Ford entered a plea agreement with the United States in which she agreed to forfeit to the United States voluntarily and immediately all of her right, title, and interest in and to all assets which are subject to forfeiture under 18 U.S.C. § 982(a)(1) and (a)(2) and 28 U.S.C. § 2461, including a money judgment in the amount of $252,143.35 representing the proceeds obtained by her as a result of the offenses. The counts of conviction, Count 1, a violation of 18 U.S.C. § 1344(2) and Count 2, a violation of 18 U.S.C. § 1957(a) of the 2-count Information filed January 7, 2022 seek a forfeiture of a money judgment in the same amount representing the proceeds she obtained as a result of the offenses.

Under Federal Rule of Criminal Procedure 32.2, the Court GRANTS the Motion for an Order of Forfeiture and Imposition of Forfeiture Money Judgment filed by the United States [Doc. No. 14]. The Court will therefore enter a personal forfeiture money

judgment against Ford in the amount of $252,143.35. Under Rules 32.2(b)(2) and 32.2(c)(1), no ancillary proceeding is required.

Consequently, a judgment is entered against Defendant Jill Nicole Ford and in favor of the United States in the amount of $252,143.35. Under Rule 32.2, the sum of $252,143.35 is forfeited to the United States, and all right, title, and interest in such property are forever removed, discharged, condemned, and forfeited to the United States and shall be disposed of according to law.

This Court shall retain jurisdiction in the case for the purpose of enforcing this Order. Under Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. The United States may move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to apply to property having a value not to exceed $252,143.35 to satisfy the money judgment in whole or in part.

This judgment against Ford shall be recorded in the records of the County Clerk's Office in the county of Ford's residence and any and all other counties in which Ford has either real or personal property as a lien thereon in the amount of $252,143.35 until paid in full, as determined by the United States. Upon payment of the judgment in full, the United States shall file a Satisfaction of Judgment with the District Court and the appropriate Clerk of the County in which any transcript or abstract of the judgment has been filed.

This Order is in continuing and full effect until payment of the amount specified above is made in full.

IT IS SO ORDERED this 6th day of May 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE