## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No. CR-22-009-JD |
| | ) |
| JILL NICOLE FORD, | ) |
| | ) |
|       Defendant. | ) |

## SECOND UNOPPOSED MOTION FOR RELIEF FROM CERTAIN CONDITIONS OF PRETRIAL RELEASE

**COMES NOW**, Jill Nicole Ford, Defendant in the above styled and numbered cause, by and through her counsel of record, J. Patrick Quillian, Esq. ("Counsel"), and hereby moves the Court for an order permitting Mrs. Ford to obtain a passport and travel to Dubai, UAE, in early February 2023 so that she may attend a conference for work purposes. Mrs. Ford submits the following in support of the motion:

1. Mrs. Ford entered a guilty plea on January 20, 2022 and was permitted to remain on release pending sentencing. Doc. No. 5. That same day Mrs. Ford surrendered her now-expired passport to U.S. Probation as a condition of her release. Doc. No. 12. The conditions of release also prohibit Mrs. Ford from traveling outside the Western District of Oklahoma without U.S. Probation's permission and prohibit her from obtaining another passport or other international travel document. *Id.*

2. Mrs. Ford currently resides in Arlington, Texas with her three (3) young children and is being supervised by the U.S. Probation Office of the Northern District of Texas. To date, Mrs. Ford has been fully compliant with her conditions of release.

3. As of the date of this motion, the initial presentence report has not been prepared and no sentencing date has been set.

4. Mrs. Ford has agreed to a restitution amount that exceeds $250,000 as part of her plea agreement with the government. Doc. No. 8, p. 4. Since beginning pre-indictment talks with the government for resolving this matter, Mrs. Ford has worked to support her family as well as save money to pay off the restitution that will ultimately be ordered by the Court. Mrs. Ford currently works in the Bitcoin mining industry for Fort Worth, Texas-based Not Your Basic ASIC as a salaried employee who also makes significant commissions by traveling to conferences and soliciting clients for the company. These conferences have historically been lucrative for Mrs. Ford.

5. Mrs. Ford recently was invited to attend the Satoshi Roundtable IX, an exclusive, invitation-only Bitcoin conference in Dubai, UAE that is scheduled to take place February 2 to February 7, 2023 (the "Conference").[1] Mrs. Ford believes that attending the Conference could assist her in earning commissions, a majority of which she plans to pay towards restitution.

---

[1] Information on the Conference can be found at https://satoshiroundtable.org/.

6. Mrs. Ford therefore requests that the Court grant her relief from the conditions of pretrial release (Doc. No. 12) to the extent she be allowed to obtain a new passport and travel internationally solely for the purpose of attending the Conference. She would promptly return said passport to U.S. Probation after returning from this trip. In the event the Court or the government had concerns regarding this being an opportunity for Mrs. Ford to flee prior to sentencing, counsel notes that Mrs. Ford would not be attending the event with her husband and/or her three (3) children.

7. Counsel for Mrs. Ford has consulted with the Government on this matter and Assistant United States Attorney Jessica Perry has no objection to the relief sought herein. Mrs. Ford's probation officer Robert Honstein has also indicated he too does not object to her going on this work trip.

WHEREFORE, based on the above and foregoing, Mrs. Ford respectfully requests this Honorable Court enter an order permitting Mrs. Ford to obtain a valid passport and travel to the Conference in early February 2023, and requiring Mrs. Ford to promptly return said passport to U.S. Probation after she returns from the Conference.

Respectfully submitted,

/s/J. Patrick Quillian
J. Patrick Quillian, OBA#20811
Phillips, Coventon, Quillian &
Banner, PLLC
1900 Northwest Expressway, Suite 601
Oklahoma City, Oklahoma 73118

Telephone: (405) 418-8888
Facsimile: (405) 260-9573
jpatrickquillianpc@gmail.com
*Counsel for Defendant Jill Ford*

## CERTIFICATE OF SERVICE

__X__ I hereby certify that on or before the 5th day of January, 2023, a copy of the attached document was electronically transmitted to all ECF registrants in the above-referenced matter, namely:

**Jessica Perry, Esq., Assistant United States Attorney**