IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-22-00009-JD |
| ) | |
| JILL NICOLE FORD, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is the Defendant Jill Nicole Ford's Second Unopposed Motion for Relief from Certain Conditions of Pretrial Release ("Motion"). [Doc. No. 19]. The Motion requests an Order from the Court to allow her to obtain a valid passport and travel to Dubai, UAE, for a work conference in February 2023.

Ford has been on release with conditions since January 20, 2022. [Doc. Nos. 5, 12–13]. While on release, Ford has had no violations of these conditions. Neither the U.S. Probation Office nor counsel for the government objects to the request. Motion at 3. For the reasons set forth in the Motion, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Ford be allowed to obtain a passport, that Ford be allowed to leave the Northern District of Texas to attend the work conference referenced in the Motion in Dubai, UAE, in February 2023,[1] and that Ford return her passport to the U.S. Probation Office within two (2) business days of returning to the

---

[1] Ms. Ford shall provide the specific dates of the work conference and her travel arrangements once those are verified to her probation officer Robert Honstein. Additionally, she shall check in with Mr. Honstein upon her return and honor any other requests the U.S. Probation Office has concerning her international travel.

Northern District of Texas from the work conference in Dubai, UAE. Defendant is to adhere to all conditions of her pretrial release during this time period.

IT IS SO ORDERED this 6th day of January 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE