# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. CR-22-009-JD |
| ) | |
| JILL NICHOLE FORD, ) | |
| ) | |
| *Defendant*. ) | |

## APPLICATION TO FILE SENTENCING MEMORANDUM UNDER SEAL

Counsel for the Defendant, Jill Ford, submits this application to file her sentencing memorandum and attachment under seal pursuant to WD OK LCr.R. 12.2. In support of this request, counsel states:

Counsel believes it necessary, in order to represent Mrs. Ford effectively in this proceeding, that she file Defendant's Sentencing Memorandum with the Court that contains sensitive, personal, and confidential information. Counsel for Mrs. Ford requests that the Court consider these matters without them becoming a public record in the case.

Counsel for the Defendant therefore requests that the Court approve this Application and enter an Order allowing the filing of the Defendant's Sentencing Memorandum under seal.

Respectfully submitted,

/s/J. Patrick Quillian
J. Patrick Quillian, OBA#20811
Phillips, Coventon, Quillian & Banner, PLLC
1900 Northwest Expressway, Suite 601
Oklahoma City, Oklahoma 73118
Phone: 405-418-888
Fax: 405-260-9573
jpatrickquillianpc@gmail.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have entered their appearance in the above-referenced matter, including Assistant United States Attorney Jessica Perry.

                                                                      s/J. Patrick Quillian
                                                                      J. Patrick Quillian