IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | **AMENDED NOTICE OF HEARING** |
|---|---|
| v. | Case Number: CR-22-00009-JD |
| JILL NICOLE FORD<br>**(Defendant is released on bond)** | USM No. 85900-509 |

| Type of Case: | \_\_\_\_\_CIVIL | __X__ CRIMINAL |
|---|---|---|

☒ *TAKE NOTICE* – That a proceeding in this case **has been rescheduled** for the place, date and time set forth below, before the Honorable Jodi W. Dishman:

| Place: UNITED STATES COURTHOUSE<br>Courtroom No. **502**<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | **DATE AND TIME**<br><br>**November 3, 2023 at 10:30 a.m.** |
|---|---|

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

**TYPE OF PROCEEDING:**  **SENTENCING HEARING**

☐ *TAKE NOTICE* – **Defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office immediately after the plea hearing. The interview ordinarily takes 1½ to 2 hours.**

☒ *TAKE NOTICE*: that the proceeding below was previously scheduled as indicated below:

| Place: UNITED STATES COURTHOUSE<br>Courtroom No. 502<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | **Date and Time Previously Scheduled**<br>October 25, 2023 at 10:00 a.m. |
|---|---|

JUDGE JODI W. DISHMAN

By: /s/ Nyssa Vasquez
Deputy Clerk

cc:   Jessica L. Perry, AUSA
      J. Patrick Quillian, Retained
      U.S. Marshal, Western District of Oklahoma
      U.S. Probation and Pretrial Services Office